UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN K. TATUM, | ) | Case No. EDCV 12-00405 DDP (AJW) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| T. OCHOA, et al., | ) ) | |
| Defendant(s). | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: November 16, 2012

_____
DEAN D. PREGERSON
United States District Judge