UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRYAN K. TATUM,<br><br>    Plaintiff,<br><br>  v.<br><br>T. OCHOA, et al.,<br><br>    Defendant(s). | Case No. EDCV 12-00405 DDP (AJW)<br><br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: November 16, 2012

_____
DEAN D. PREGERSON
United States District Judge